FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) KEITH DEMETRIOUS ANDERSON 2026 60188
(Name of Plaintiff)        (Inmate Number)        :

1371 N. WASHINGTON AVE
(Address)
SCRANTON PA 18503
(2) LACKAWANNA COUNTY PRISON        :
(Name of Plaintiff)        (Inmate Number)        :

        :
        :
(Case Number)

(Address)        :
        :
(Each named party must be numbered,        :
and all names must be printed or typed)        :
        :
        :
        :
vs.        :        CIVIL COMPLAINT

(1) DaupHIN County        :
        :
(2) HARRISbuRG Police DepT.        :        **FILED**
                                                  HARRISBURG, PA
(3) SiwATARA TownsHip Police DepT.:
(Names of Defendants)        :        MAR 10 2026
        :
        :        IB2
(Each named party must be numbered,        :        PER _____
and all names must be printed or typed)        :        DEPUTY CLERK

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS
_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

### I.    PREVIOUS LAWSUITS

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ____Yes _✓_No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ____Yes _✓_No

C. If your answer to "B" is Yes:

1. What steps did you take? _____ N/A _____

2. What was the result? _____ N/A _____

D. If your answer to "B" is No, explain why not: _____ BECAUSE NONE ARE AVAILABLE!

## III. DEFENDANTS

(1) Name of first defendant: DETECTIVE KENNETH PLATT

Employed as POLICE OFFICER at SWATARIA TOWNSHIP POLICE DEPT.
Mailing address: 599 EISENHOWER Blvd HARRISBURG PA 12111

(2) Name of second defendant: DETECTIVE DOE CORKIE (UNKNOWN NAME)
Employed as POLICE OFFICER at SWATARA TOWNSHIP POLICE DEPT
Mailing address: 599 EISENHOWER Blvd HARRISBURG PA 12111

(3) Name of third defendant: AMANDA BATZ ESQ DISTRICT ATTORNEY
Employed as DISTRICT ATTORNEY at HARRISBURG COURTHOUSE MIDDLE DISTRICT
Mailing address: TWO SOUTH SECOND STR. 2ND FLR. HARRISBURG PA 12101

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. ON MARCH 31st 2024 OFFICER TANNER Pulled ME OVER FOR A TRAFFIC STOP THAT LASTED 22 minutes AND 24 seconds. AND He WENT off book "2 min 24 sec" IN AN STARTED questioning KEITH

(PAGE 2)

Defendant's

PLEASE KNOW THAT IT IS MY INTENTION TO SUE YOU IN YOUR OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY.

MAGISTRATE DISTRICT JUDGE
MICHAEL J. SMITH
1201 SOUTH 28 STREET
HARRISBURG PA 17111

MARGARET P. TRICARICO
2ND FLOOR
TWO SOUTH SECOND STREET
HARRISBURG PA 17101

HILLARY C. HALL ESQ
DAUPHIN COUNTY ADMINISTRATION BUILDING
TWO SOUTH SECOND STREET
HARRISBURG PA 17101

DISTRICT ATTORNEY GETTLE
SWATARA TOWNSHIP
599 ELSENHOWER BLVD
HARRISBURG PA 17111

C.P.L. TIMOTHY ROBIN
SWATARA TOWNSHIP POLICE DEPT
599 ELSENHOWER BLVD
HARRISBURG PA 17111

SGT. SHAWN ALLEN
SWATARA TOWNSHIP POLICE DEPT
599 ELSENHOWER BLVD.
HARRISBURG PA 17111

SARAH E. MALEK ESQ
TWO SOUTH 2ND STREET
HARRISBURG PA 17101

(PAGE 3)

DEFENDANTS'

PLEASE KNOW THAT IT IS MY INTENTION TO SUE YOU IN YOUR OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY.

JUSTIN CONRAD PTL
SWATARA TOWNSHIP
599 ELSENHOWER BLVD
HARRISBURG PA 17111

DAVID MICHAEL PTL
SWATARA TOWNSHIP
599 ELSENHOWER BLVD
HARRISBURG PA 17111

ADAM RAY
SWATARA TOWNSHIP
599 ELSENHOWER BLVD
HARRISBURG PA 17111

OFFICER CALEB TANNER
UNKNOWN
RIGHT
NOW
HARRISBURG PA 17101

DOE JOHN
SWATARA TOWNSHIP MANG
599 ELSENHOWER BLVD.
HARRISBURG PA 17101

2. That was when He call Det Platt and informed Him That He Had has suspect for The robbery on hes body camera. Det Platt crew Hes body camera and then went to ADA Gittle and fabricated probable cause to Arrest the Plaintiff April 11 2024. Using other officers CPL Finch & Robins

3. Sgt Shawn Allen, Adam Ray, Justin Conrad, David Michael, Det Corkle to find and arrest Keith Demetrious Anderson in York PA, after they searched my room on 15th Street were They search my room and my niece's car without permission from Her nor The Plaintiff which shows Their collision

## V.  RELIEF

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1. I am hoping to prevent another Malicious Prosecution case from Happening as well as prevent officers and/or Detective from fabricating evidence and lying to Their friends District Attorney's, Judges, for Warrants, fire those who do this according to procedures.

2. I would like to be compensated for The year and a half I was being illegally Held and continue to be Held, for compensatory damages and punitive damages in These individual and/or there official capacity.

3. And I would Hope for a New ruling (or) Judgement for not Having a Stenographer in all court room were lives depend on The (accuracy of There records) in every Hearing Arrainment Preliminary Suppressions and Trials.

3

( CONTINUE PAGE 3)

4. IN ATTEMPTING TO MAKE A CASE AGAINST THE PLAINTIFF AT THE REQUEST OF DET. KENNETH PLATT AND AGENT LUDMEN AND DET CORKLE.

5. BEING ARRESTED IN YORK PA APRIL 1, 2024 I KEITH DEMETRIOUS ANDERSON WAS TAKEN TO THE POLICE STATION WHERE I WAS QUESTION THEN WALKED ACROSS THE STREET TO DAUPHIN COUNTY PRISON AFTER FIRST SEEING MAGISTRATE DISTRICT JUDGE MICHAEL J SMITH WHO BONDED ME OVER, FOR TRAIL.

6. 11 DAYS LATER GIVE OR TAKE I WAS TAKEN BEFORE THE MAGISTATE JUDGE MICHAEL J SMITH AND WAS ASSIGN MRS. SARAH E MALEK ESQ WHO INFORMED ME THAT THERE IS NO COURT STENOGRAPHER AND ASK DID I WISH TO WAIVE; I TOLD HER "NO" AND THEN AMANDA BATZ ESQ DISTRICT ATTORNEY PRESENTED.

7. OFFICER CALEB TANNER AFTER BEING SWORN TESTIFIED THAT HIS REASON FIRST FOR THE STOP WAS BRAKE LIGHT WRONG TAG. THEN WHEN ASK BY MRS SARAH E MALEK ESQ ABOUT THE STOP OFFICER CALEB TANNER STATED BECAUSE I WAS 5"9 AND BLACK TO WHICH I MADE AN OUTBURST AND WAS WARNED BY MAGISTRATE DISTRICT JUDGE MICHAEL J SMITH.

8. THEN DET KENNETH PLATT WAS CALLED AND FIRST HE WANT LOOKING FOR A GUN, BUT THEN THERE WAS SCARING ON HANDS AND A DISTINCT VOICE. WHICH WAS A CLEAR LIE. SEN "NIT (16-25) ARRAINMENT NOW WITH MY ARRAINMENT BEING CONCLUDER, I WAS APPOINTED

9. MRS. HILLARY C. HALL ESQ FOR THE PRELIMINARY HEARING. SPEAKING WITH HER I INFORMED HER OF WHAT HAD TAKEN

(CONTINUE PAG 3-2)

9) PLACE AT SAID HEARING ABOUT OFFICER CALEB TANNER'S TESTIMONY OF BEING BLACK AND "5'9" WHILE DRIVING. ALSO HIS FAILURE TO READ ME THE MARANDA RIGHT'S, AT THE TRAFFIC STOP WHILE ASKING ABOUT THE ROBBERY.

10) I KEITH DEMETRIOUS ANDERSON INFORMED HER OF OFFICER KENNETH PLATTS TESTIMONY OF INACCURACY SUCH AS SCARING ON HAND NO FINGER PRINTS NO WEAPON found. AND I REQUEST HER TO GET MRS SARAH E MALEX ESQ RECORDING OF MY ARRAINMENT HEARING OFF HER PHONE. MRS

11) AT THE PRELIMINARY HEARING IS WERE MRS. AMANDA BATZ ESQ AND THE JUDGE TALLY TOld THE DISTRICT ATTORNEY AMANDA BATZ TO GENE A COMPLETE DISCOVERY.

12) AFTER SO 6 MEA HEARING I WAS scheduled FOR A SUPPRESSION Mar 2025. AT MY FIRST SUPPRESSION by HILLARY C Hall ESQ JUDGE TALLY AND DISTRICT ATTORNEY AMANDA BATZ ESQ. WAS HElD WAS INCOMPLETE bECAUSE SHE WAS ONLY ARGUING THE TRAFFIC STOP TO WHICH I ASKED WHY AND SHE STATE bECAUSE THE DISTRICT ATTORNEY NEVER SENT A COMPLETE DISCOVERY. AND THAT WHEN I INFORMED HER THAT LET'S see WERE THIS GoES. AND SHE HElD A SUPPRESSION HEARING FOR THE TRAFFIC STOP ONLY AND LOST. I THEN FIRED HER.

13) ONE TO TWO WEEKS LATER A GRAIVER HEARING WAS HElD WERE I POINTED out THAT I NEVER RECEIVED

(CONTINUE PAGE "4")

(13) A COMPLETE COPY OF MY SAID DISCOVER from THE
continue DISTRICT ATTORNEY Amanda Balz ESQ WHO SAID
SHE CALL ME down To see video Tapes.

(14) UPON BEING called Down I Took NOTE AND
ARGUED PRO SE.

(15) APRIL 23 2025 I was called To COURT AFTER
I FILED A MOTION OF RECONSIDERATION Newly
DISCOVERED ExculPATORY EVIDENCE FOR SUPPRESSION
DATED APRIL 8 2025. AND THEY called ME To
COURT AND WITH drew All STATE CHARGES.

(16) THE PLAINTIFF Proceeds PROSE AND submits THIS
FILING To Provide A clear AND Factual FRAMEWORK
for Federal REVIEW. THE subjects ARE LAW
ENFORCEMENT ACTORS. THESE Illegal ACTIONS
ARE GROUNDED IN THE RECORD AND FOCUS ON
Identity of MisHANDling and OMITTING PERTINENT
INFORMATION From NOTE of TESTIMONY Mrs. MARGARET
P. TRICARICO!

I would LIKE To SUE IN THEIR official capacity AND
Individual capacity!

I declare under penalty of perjury that the foregoing is true and correct.


Signed this _____ *10ᵀᴴ* _____ day of _*March*_____, 2026.


_McKeith Demetrious Anderson_
(Signature of Plaintiff)


4

KEITH DemeTrious AndeeSON
2026-00188
ackAwANNA CounTy PRISON
1371 N. WASHINGTON AVE.
SCRANTON PA 18503

HARRISBURG PA   171

6 MAR 2026  PM 2  L



★ USA ★ FOREVER ★

CONTENTS MAILED FROM
CORRECTIONAL FACILITY

UNITED STATES DISTRICT COURT
Middle DISTRICT of PENNSYLVANIA
SylVIA H. RAmbo U.S. CourTHouse
1501 NORTH 6TH STReeT SuiTe 101
HARRISbuRG PA 17102

RECEIVED
HARRISBURG, PA

MAR 10 2026

IBR

PER _____ DEPUTY CLERK

17102-110999